# PIKE & PIKE, P.C.
## ATTORNEYS AT LAW

Roberta C. Pike
Kenneth R. Tuch
Laurence I. Cohen

1921 Bellmore Avenue
Bellmore, NY 11710
(516) 783-0062
Fax (516) 783-0082

*This office does not accept service of any legal papers by facsimile*

**VIA ECF**

January 5, 2015

Hon. Joseph F. Bianco, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    Geralyn Ganci v. U.S. Limousine Service, Ltd., *et anno.*
            Case No.: 10-CV-03027 (JFB)(AKT); Our File No.: 8654.003A

Dear Judge Bianco:

This office is counsel to defendants U.S. Limousine Service, Ltd. and Raymond Townsend in the above-referenced matter.

In accordance with the Court's December 15, 2014 order [DE 130], I am writing to advise that Defendants will be producing Steven Sundack, CPA, as their witness at the hearing scheduled for 4:00 p.m. on January 12, 2015.

I thank the Court for its time and attention in this matter.

Respectfully submitted,

PIKE & PIKE, P.C.

By: _____
      Laurence I. Cohen

LIC:bw

cc:    David Ehrlich, Esq.
       U.S. Limousine Service, Inc.
       Steven Sundack, CPA